ORDERED in the Southern District of Florida on_____  **FEB 1 0 2010**



A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    CASE NO. 10-13020-BKC-AJC

BISCAYNE BAY LOFTS LLC,

     Debtor.

_____/

## ORDER FOR RELIEF IN INVOLUNTARY CASE AND ORDER SETTING DEADLINE FOR FILING SCHEDULES, STATEMENTS AND OTHER DOCUMENTS

**THIS CAUSE** came before the Court for hearing on February 10, 2010 upon the involuntary

petition filed on February 9, 2010 against the above-named Debtor. All interested parties had actual

notice of the hearing and appeared before the Court. No one contested or objected to the allegations

in the petition. The Court having heard the proffers and representations of all interested parties, and

for the reasons stated on the record at the hearing, it is

ORDERED AND ADJUDGED that relief under Chapter 7 of the Bankruptcy Code (Title

11 of the United State Code) is GRANTED.

The Trustee to be appointed, or the Trustee's attorney(s), is/are directed to file, with the Clerk

of the Court, the following items and comply with the following directives:

1.  Within 14 days from the date of this order, the individual named above shall file schedules, statements, and, if the debtor is an individual (applicable to both joint debtors), payment advices (or indicate why any or all payment advices will not be filed on the Local Form "Declaration Regarding Payment Advices") as required by Bankruptcy Rules 1007(b)(1) and 1007(c) and Local Rule 1007−1(F) together with a matrix of creditors as required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" pursuant to Local Rules 1007−1 and 1007−2.

2.  Within 14 days from the date of this order, if the debtor is an individual, the debtor shall file

    A.  the Official Bankruptcy Form "Statement of Social−Security Number(s)(or other Individual Taxpayer Identification Number(s) (ITIN(s)))" as required by Bankruptcy Rule 1007(f), and Local Rule 1002−1(A)(1); and

    B.  Official Bankruptcy Form 22 for the applicable chapter if required.

3.  Within 14 days from the date of this order, if the debtor is a corporation or other entity listed in Local Rule 1002−1(A)(2), the debtor shall file a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1) and Local Rule 1002−1(A)(2).

4.  If the debtor is an individual and if relief has been entered under chapter 7 , the individual named above shall also file within 30 days from the date of this order or the date of the creditors' meeting whichever is earlier, an Official Bankruptcy Form "Chapter 7 Individual Debtor's Statement of Intention" (Official Form 8) as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1007(b)(2).

5.  If relief has been entered under chapter 11 , the individual named above shall:

    A.  File a list of equity security holders within 14 days from the date of this order as required by Bankruptcy Rule 1007(a)(3);

    B.  File a list of the 20 largest unsecured creditors (accompanied by an unsworn declaration) as required by Bankruptcy Rule 1007(d) within two days of the date of this order; and

    C.  File reports as required by the U.S. Trustee and required under Local Rule 2015−1 and the payroll and sales tax reports and case management summary required under Local Rule 2081−1.

    D.  As required under 11 U.S.C. §1116(1), if the case is a small business case, file within seven days the most recent balance sheet, statement of operations, cash flow statement and Federal income tax return or a statement made under penalty of perjury that no balance sheet, statement of operations, or cash flow statement has been prepared and no Federal tax return has been filed. Access to filed tax returns filed will be restricted as provided under Local Rule 5005−1(A)(2)(c).

*Page 2 of 3*

6.   If this case was filed under chapter 7 and the debtor requested conversion to chapter 11, debtor shall pay the balance of the filing fee due of $755.00.

7.   If this case was filed under chapter 11 and the debtor requests conversion to chapter 7, debtor shall immediately remit to the clerk of court the $15.00 trustee surcharge fee prescribed by the Judicial Conference of the United States (if not previously paid by the debtor).

8.   If relief has been entered under chapter 13, the individual named above shall:

   A.   File within 14 days from the date of this order, a chapter 13 plan on the Local Form required by Local Rule 3015−1(B); and

   B.   Commence plan payments to the chapter 13 trustee within 30 days from the date of this order in the manner prescribed by that trustee pursuant to Local Rule 3070−1.

9.   File the Local Form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules, and Statements Filed Electronically" as required under Local Rule 1007−1(D).

10.  If relief has been entered under chapter 12, the debtor shall file, within 90 days from the date of this order, a chapter 12 plan pursuant to 11 USC §1221 and Local Rule 3015(A).


# # #


The clerk of court shall serve copies of this order on the following parties:

   Debtor and Attorney for Debtor
   Trustee or U.S. Trustee (as applicable)
   Petitioning Creditors and Attorney for Petitioning Creditors
   All Appearances