B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re  Biscayne Bay Lofts, LLC _____ ,        Case No. __10-13020-AJC__
                    Debtor

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ UNKNOWN | | |
| B - Personal Property | YES | 3 | $ 389,593.91 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 22,309,280.83 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 382,403.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $ 7,551,081.48 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | NO | N/A | | | $ N/A |
| TOTAL | | 30 | $ 389,593.91 | $ 30,242,766.03 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re  Biscayne Bay Lofts, LLC                    ,                    Case No.  10-13020-AJC
                Debtor

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re  Biscayne Bay Lofts, LLC                    ,          Case No.  10-13020-BKC-AJC
_____
           **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 665 N.E. 25 Street Miami, FL 33137 Units: 205, 206, 306, 406, 505, 506, 603, 604, 605, 606, 706, 803 901, 1001, 1101, 1201, 1205, 1401, 1405, 1505, 1701, 1705, 1801, 1805, 1905, 2001, 2005, 2101, 2102, 2105, 2201, 2205, 2401, 2501, 2601, 2605, PHI-03, PHI-04, PHII01, PHII02. | | | UNKNOWN | 22,309,280.23 |
| Other Real Property and/or Entitlements | | | UNKNOWN | UNKNOWN |

Total▶  UNKNOWN
(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Biscayne Bay Lofts, LLC                    ,          Case No.  10-13020-BKC-AJC
                    **Debtor**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | - City National Bank of Florida (XXXX 6456) <br> - MB Financial Bank (XXXX 4001) <br> - MB Financial Bank - Escrow Account (XXXX 07010) | | 11,839.92 <br> 864.76 <br> 374,071.67 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | FPL | | 2,165.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Biscayne Bay Lofts, LLC                     ,          Case No.   10-13020-BKC-AJC
             **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | | 652.60 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | - Biscayne Bay Lofts, LLC v. MK Contractors, LLC., Case No. 08-78621-CA-01 | | UNKNOWN |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Biscayne Bay Lofts, LLC                              ,          Case No.  10-13020-BKC-AJC
           Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer & office equipment (located at Onyx on the Bay Condominium Bldg.) | | UNKNOWN |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | FF&E (located in the common areas of Onyx on the Bay Condominium Bldg.) | | UNKNOWN |
| 30. Inventory. | | Inventory | | UNKNOWN |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached      Total▶    $          389,593.91

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  Biscayne Bay Lofts, LLC                  ,        Case No.   10-13020-BKC-AJC
_____        _____
                    **Debtor**                                          **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hyperion Onyx Partners c/o Akerman Senterfitt 1 S.E. 3 Ave., 25th Floor Miami, FL 33131 | X | | Mortgage Loan: 2004 <br><br> VALUE $ UNKNOWN | | X | X | 22,309,280.23 | UNKNOWN |
| ACCOUNT NO. <br><br> Hyperion Onyx Partners, LLC. 888 Biscayne Blvd., #201 Miami, FL 33131 | X | | Notice Only <br><br> VALUE $ UNKNOWN | | X | x | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> MB Financial, NA 800 W. Madison St. Chicago, IL 60607 | | | Notice Only <br><br> VALUE $ UNKNOWN | | X | X | 0.00 | 0.00 |

_____ continuation sheets attached

Subtotal ▶
(Total of this page)       $     22,309,280.23     $

Total ▶
(Use only on last page)   $     22,309,280.23     $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re  Biscayne Bay Lofts, LLC                ,         Case No.  10-13020-BKC-AJC
                 **Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."        If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  Biscayne Bay Lofts, LLC                        ,        Case No.  10-13020-BKC-AJC
                    **Debtor**                                               **(if known)**

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

  * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                      2   continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re  Biscayne Bay Lofts, LLC                    ,         Case No.  10-13020-BKC-AJC
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Miami-Dade Tax Collector <br> 140 W. Flagler Street <br> Miami, FL 33130 | | | 2007 Real Estate Property Taxes | | | X | 68,858.06 | 68,858.06 | 0.00 |
| Account No. <br><br> Miami-Dade Tax Collector <br> 140 W. Flagler Street <br> Miami, FL 33130 | | | 2008 Real Estate Property Taxes | | | X | 313,108.16 | 313,108.16 | 0.00 |
| Account No.  608469-3 <br><br> Miami-Dade Tax Collector <br> 140 W. Flagler Street <br> Miami, FL 33130 | | | 2010 Local Business Tax | | | X | 437.50 | 437.50 | 0.00 |
| Account No. <br><br> Florida Dept. Of Revenue <br> 5050 West Tennessee Street <br> Tallahassee, FL 32399 | | | Notice only | | | | 0.00 | 0.00 | 0.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

$ 382,403.72    $ 382,403.70

Total➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (12/07) – Cont.

In re  Biscayne Bay Lofts, LLC                    ,        Case No.  10-13020-BKC-AJC
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> IRS <br> POB 21126 <br> Philadelphia, PA 19114 | | | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> Jeffrey H. Sloman, Esq. <br> U.S. Attorney SDFL <br> 99 N.E. 4th Street <br> Miami, FL 33132 | | | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> Eric Holder, Esq. <br> Attorney General of the U.S. <br> 441 4th Street, NW, #1060N <br> Washington, DC 20001 | | | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br><br> | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals➤ <br> (Totals of this page) | $ 0.00 | $ 0.00 | 0.00 |
|---|---|---|---|---|
| | Total➤ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 382,403.72 | | |
| | Totals➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 382,403.72 | $ 0.00 |

B 6F (Official Form 6F) (12/07)

In re  Biscayne Bay Lofts, LLC                    ,          Case No.  10-13020-BKC-AJC
                   Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Advanced Fire & Security 2780 Gateway Drive Pompano Beach, FL 33069 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. All Service 8160 N.W. 93rd Street Medley, FL 33166 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. Allen, Norton & Blue, P.A. 121 Majorca Avenue Coral Gables, FL 33134 | | | Services Rendered 05/2008 | | X | X | 297.00 |
| ACCOUNT NO. Allied Appraisal Services 929 S.E. First Street Pompano Beach, FL 33060 | | | Notice Only | | | | 0.00 |

Subtotal▶  $    297.00

__18__  continuation sheets attached

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                         ,        Case No.   10-13020-BKC-AJC
_____              _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Allied Barton <br> 3606 Horizon Drive <br> King of Prussia, PA 19406 | | | Security Services <br> 2007 | | X | X | 55,083.60 |
| ACCOUNT NO. <br><br> Amaya Contracting Stucco <br> 1732 NW 7th Street, #1 <br> Miami, FL 33125 | | | Services Rendered <br> 2007 | | X | X | 90,040.71 |
| ACCOUNT NO. <br><br> American Express <br> P.O. Box 360001 <br> Ft. Lauderdale, FL 33336 | | | Notice Only | | | X | 0.00 |
| ACCOUNT NO. <br><br> Anselmo Air Cond. Corp. <br> 5501 S.W. 134 Ave. <br> Miami, FL 33175 | | | Notice Only | | | X | 0.00 |
| ACCOUNT NO. <br><br> Arber & Associates, Inc. <br> 210 S.W. 32 Road <br> Miami, FL 33129 | | | Services Rendered <br> 2005 | | X | X | 600.00 |

Sheet no. __1__ of __18__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  145,724.31

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,          Case No.  10-13020-BKC-AJC
_____                                _____
                **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arc One<br>1350 N.W. 74th Street<br>Miami, FL 33147 | | | Serices Rendered | | X | X | 14,693.72 |
| ACCOUNT NO.<br><br>ASI-Modulex<br>20202 N.E. 15th Court<br>Miami, FL 33179 | | | Notice Only | | X | X | 0.00 |
| ACCOUNT NO.<br><br>Avila, Rodriguez, Mena, P.A.<br>2525 Ponce de Leon Blvd.,<br>Coral Gables, FL 33134 | | | Legal Services<br>2007 - 2009 | | X | X | 110,916.14 |
| ACCOUNT NO.<br><br>BAP Bay Lofts, LLC<br>2601 S. Bayshore Dr., 10 Flr.<br>Miami, FL 33133 | | | | | X | X | UNKNOWN |
| ACCOUNT NO.<br><br>BAP-GGM Biscayne Bay<br>2601 S. Bayshore Dr., 10 Flr.<br>Miami, FL 33133 | | | | | X | X | UNKNOWN |

Sheet no. 2 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 125,609.86

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,          Case No.   10-13020-BKC-AJC
        **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BAP Development, Inc.<br>2601 S. Bayshore Dr., 10 Flr.<br>Miami, FL 33133 | | | Legal Fees<br>2004 - 2010 | | X | X | 68,359.30 |
| ACCOUNT NO.<br><br>Ezequiel Baredes<br>2875 NE 191 St., Suite PH-2<br>Aventura, FL 33180 | | | Loan | | X | X | UNKNOWN |
| ACCOUNT NO.<br><br>Bermello - Ajamil & Partners<br>2601 S. Bayshore Dr., 10 Flr.<br>Miami, FL 33133 | | | Professional Services<br>2007 - 2008 | | X | X | 6,754.64 |
| ACCOUNT NO.<br><br>Willy Bermelo, Jr.<br>2601 S. Bayshore Dr., 10 Flr.<br>Miami, FL 33133 | | | Loan | | X | X | UNKNOWN |
| ACCOUNT NO.<br><br>Luis Ajamil<br>2601 S. Bayshore Dr., 10 Flr.<br>Miami, FL 33133 | | | Notice Only | | | | 0.00 |

Sheet no. __3__ of __18__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $       75,113.94

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,                    Case No.  10-13020-BKC-AJC
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bon Vivant Corporation <br> 120 N.E. 27th Street <br> Miami, FL 33137 | | | Services Rendered <br> 2009 | | X | X | 160.50 |
| ACCOUNT NO. <br><br> BroadStar <br> 3800 Park Central Blvd. N. <br> Pompano Beach, FL 33064 | | | Services Rendered <br> 2007 | | X | X | 3,745.00 |
| ACCOUNT NO. <br><br> City of Miami <br> P.O. Box 105206 <br> Atlanta, GA 30348 | | | Elevator Services <br> 2009 | | X | X | 160.50 |
| ACCOUNT NO. <br><br> Daniels Kashtan Downs, P.A. <br> 3300 Ponce De Leon Blvd. <br> Coral Gables, Florida 33134 | | | Leagal Services <br> 2008 - 2010 | | X | X | 119,664.07 |
| ACCOUNT NO. <br><br> Diegon Construction <br> 3030 S.W. 28th Street <br> Coconut Grove, FL 33133 | | | Services Rendered <br> 2008 - 2009 | | X | X | 83,588.86 |

Sheet no. __4__ of __18__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  207,318.93

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC , Case No.  10-13020-BKC-AJC
          **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ecotech Environ. Contractors<br>327 N.E. 166th Street<br>N. Miami Beach, FL 33162 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO.<br><br>EP Realty Group, Inc<br>2601 S. Bayshore Dr., 10 Flr.<br>Miami, FL 33133 | | | Parking # 424 | | X | X | 750.00 |
| ACCOUNT NO.<br><br>FDMC I, LLC<br>2654 Providence Street<br>Fort Myers, FL 33916 | | | Expenses | | X | X | 1,988.24 |
| ACCOUNT NO.<br><br>FedEx<br>3965 Airways Blvd, Mod. G<br>Memphis, TN 38116 | | | Services Rendered | | X | X | 74.30 |
| ACCOUNT NO.<br><br>FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | | | Electrical Service | | X | X | 15.46 |

Sheet no. 5 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 2,828.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,          Case No.   10-13020-BKC-AJC
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gancedo Lumber Co., Inc<br>9300 N.W. 36 Avenue<br>Miami, FL 33147 | | | Services Rendered<br>2005 - 2006 | | X | X | 219,421.51 |
| ACCOUNT NO.<br>G&E Florida Contractors, Inc.<br>5555 Anglers Ave.<br>Ft. Lauderdale, FL 33312 | | | Services Rendered<br>2005 - 2007 | | X | X | 96,634.97 |
| ACCOUNT NO.<br>GGM Developers<br>2875 NE 191 St., Suite PH-2<br>Aventura, FL 33180 | | | | | X | X | UNKNOWN |
| ACCOUNT NO.<br>Gravier & Associates<br>201 Alhambra Circle, #901<br>Coral Gables, FL 33134 | | | Accounting Services<br>2007 - 2009 | | X | X | 19,500.00 |
| ACCOUNT NO.<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131 | | | Legal Services<br>2007 | | X | X | 225.00 |

Sheet no. 6 of 18 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 335,781.48

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                          ,        Case No.  10-13020-BKC-AJC
_____                 _____
                    **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hilda Morello <br> 701 Biscayne Key Blvd., 403 <br> Miami, FL 33131 | | | Expenses <br> 2007 | | X | X | 74.89 |
| ACCOUNT NO. <br><br> Holland & Knight, LLP <br> P.O. Box 864084 <br> Orlando, FL 32886 | | | Legal Services <br> 2007 | | X | X | 57,188.76 |
| ACCOUNT NO. <br><br> Hufsey Nicolaides Garcia <br> 10250 S.W. 56 Street, B-201 <br> Miami, FL 33165 | | | Services Rendered <br> 2006 | | X | X | 2,400.00 |
| ACCOUNT NO. <br><br> Italkitchen International, Inc. <br> 7500 N.W. 41 Street <br> Miami, FL 33166 | | | Notice Only | | X | X | 0.00 |
| ACCOUNT NO. <br><br> J.C. Landscaping, Inc <br> 227 N.W. 56 Avenue <br> Miami, FL 33126 | | | Services Rendered <br> 2007 | | X | X | 51,626.50 |

Sheet no. **7** of **18**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 111,290.15

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,          Case No.   10-13020-BKC-AJC
                   **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> J.C. Landscaping, Inc <br> 227 N.W. 56 Avenue <br> Miami, FL 33126 | | | Services Rendered <br> 2007 | | X | X | 77,075.27 |
| ACCOUNT NO. <br><br> Jeffrey Blacher, P.A. <br> 2999 NE 191 St., #805 <br> Aventura, FL 33180 | | | Legal Services <br> 2010 | | X | X | 15,025.00 |
| ACCOUNT NO. <br><br> Jorda Mechanical Contractor <br> 8011 N.W. 14 Street <br> Miami, FL 33126 | | | Services Rendered <br> 2005 - 2007 | | X | X | 102,381.99 |
| ACCOUNT NO. <br><br> Jorge Gonzalez, P.A. <br> 3000 Coral Way, #1116 <br> Miami, FL 33145 | | | Services Rendered | | X | X | 1,161.12 |
| ACCOUNT NO. <br><br> Manuel Felipe & Associates <br> 8500 S.W. 8 Street <br> Miami, FL 33144 | | | Notice Only | | | | 0.00 |

Sheet no. __8__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 195,643.38

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC _____ ,        Case No.  10-13020-BKC-AJC _____
             **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> McGuire Co. <br> 1450 Madruga Ave., # 405 <br> Coral Gables, FL 33146 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. <br><br> Michelle Nunez, P.A. <br> 380 S. Ocean Dr., Apt. 5E <br> Hollywood, FL 33019 | | | Services Rendered 2007 | | X | X | 1,083.06 |
| ACCOUNT NO. <br><br> Gustavo Miculitzki <br> 2875 NE 191 St., Suite PH-2 <br> Aventura, FL 33180 | | | | | X | X | UNKNOWN |
| ACCOUNT NO. <br><br> Gustavo Miculitzki <br> 20155 NE 38 Court, #2804 <br> Aventura, FL 33180 | | | Notice Only | | X | X | 0.00 |
| ACCOUNT NO. <br><br> Claudia Miculitzki <br> 20155 NE 38 Court, #2804, <br> Aventura, FL 33180 | | | Escrow Account Units 603 & 604 | | X | X | 70,700.00 |

Sheet no. _9_ of _18_  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $     71,783.00

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,          Case No.   10-13020-BKC-AJC
                     **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MK Contractors<br>8181 N.W. 14 St., Suite 300<br>Miami, FL 33126 | | | Services Rendered<br>2006 - 2008 | | X | X | 975,118.09 |
| ACCOUNT NO.<br><br>MK Contractors<br>8181 N.W. 14 St., Suite 300<br>Miami, FL 33126 | | | Services Rendered<br>Unit 206 | | X | X | 330,464.47 |
| ACCOUNT NO.<br><br>MK Contractors<br>8181 N.W. 14 St., Suite 300<br>Miami, FL 33126 | | | Services Rendered<br>Unit 606 | | X | X | 403,375.05 |
| ACCOUNT NO.<br><br>MK Contractors<br>8181 N.W. 14 St., Suite 300<br>Miami, FL 33126 | | | Services Rendered<br>Unit 901 | | X | X | 398,934.84 |
| ACCOUNT NO.<br><br>MK Contractors<br>8181 N.W. 14 St., Suite 300<br>Miami, FL 33126 | | | Services Rendered<br>Unit 1701 | | X | X | 463,533.63 |

Sheet no. 10 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 2,571,426.08

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,          Case No.   10-13020-BKC-AJC
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Onyx on the Bay Condo Assn<br>665 N.E. 25 Street, #100<br>Miami, FL 33137 | | | Association Dues<br>2008 - 2010 | | X | X | UNKNOWN |
| ACCOUNT NO.<br><br>Pavers and Stone, Inc.<br>50 Dogwood Ridge<br>Tequesta, FL 33469 | | | Services Rendered<br>2005 - 2007 | | X | X | 45,039.27 |
| ACCOUNT NO.<br><br>Penichet Carpet Corporation<br>7300 S.W. 45 Street<br>Miami, FL 33155 | | | Services Rendered<br>2008 | | X | X | 1,250.00 |
| ACCOUNT NO.<br><br>PTE Strand Company, Inc.<br>1950 West 8 Street<br>Hialeah, FL 33010 | | | Services Rendered<br>2006 - 2008 | | X | X | 18,850.00 |
| ACCOUNT NO.<br><br>RC Aluminum Industries<br>2805 N.W. 75t Avenue<br>Miami, FL 33156 | | | Services Rendered<br>2007 - 2008 | | X | X | 144,260.00 |

Sheet no. 11 of 18   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 192,399.27

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Biscayne Bay Lofts, LLC                    ,          Case No.   10-13020-BKC-AJC
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>REC Warehouse - Miami<br>3411 N.W. 72 Avenue<br>Miami, FL 33122 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO.<br><br>Richard J. Burton, P.A.<br>2999 N.E. 191 St., Suite 805<br>Aventura, FL 33180 | | | Legal Services<br>2009 | | X | X | 45,385.92 |
| ACCOUNT NO.<br><br>Serber & Associates, P.A.<br>2875 N.E. 191 St., #801<br>Aventura, FL 33180 | | | Legal Services<br>2007 - 2008 | | X | X | 2,868.25 |
| ACCOUNT NO.<br><br>Site Manageware<br>2841 W. Cypress Creek Rd.<br>Ft. Lauderdale, FL 33309 | | | Subscription Services<br>2007 | | X | X | 3,000.00 |
| ACCOUNT NO.<br><br>Skylights Technologies, Inc.<br>13794 S.W. 145 Court<br>Miami, FL 33186 | | | Services Rendered<br>2007 | | X | X | 2,478.00 |

Sheet no. 12 of 18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  53,732.17

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                              ,          Case No.   10-13020-BKC-AJC
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pistorino & Alam Cons. Eng. <br> 7171 SW 62 Ave., 4 Floor <br> Miami, FL 33143 | | | Services Rendered <br> 2005 - 2007 | | X | X | 49,778.48 |
| ACCOUNT NO. <br><br> Stone & Equipment <br> 4681 S.W. 72 Avenue <br> Miami, FL 33155 | | | Services Rendered <br> 2008 | | X | X | 2,000.00 |
| ACCOUNT NO. <br><br> A. Goldstein Photography <br> 17840 W. Dixie Highway <br> N. Miami Beach, FL 33160 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. <br><br> Toshiba <br> 1011 S.W. 30 Avenue <br> Deerfield Beach, FL 33442 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. <br><br> Whirlpool Corporation - FL <br> 16032 S.W. 101 Terrace <br> Miami, FL 33196 | | | Notice Only | | | | 0.00 |

Sheet no. __13__ of __18__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  51,778.48

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,          Case No.  10-13020-BKC-AJC
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bachiller Iron Works, Inc<br>295 NE 71 Street<br>Miami, FL 33138 | | | Services Rendered<br>2005 - 2007 | | X | X | 65,075.55 |
| ACCOUNT NO.<br><br>F. William Harvey P.A.<br>5402 Red Cypress Lane<br>Tamarac, FL 33319 | | | 2007-27912-CA-01<br>Lawsuit<br>Kinetic Construction | | x | x | 0.00 |
| ACCOUNT NO.<br><br>Morgan Electric<br>1120 E. Oleander St.<br>Lakeland, FL 33133 | | | Notice only | | X | X | 0.00 |
| ACCOUNT NO.<br><br>Kent Harrison, Esq.<br>1224 Washington Ave.<br>Miami Beach, FL 33139 | | | 2008-31925-CA-01<br>Lawsuit<br>Cuartas, Jaime & Kathleen | | X | X | 0.00 |
| ACCOUNT NO.<br><br>Douglass C. Hiller, Esq.<br>1501 Venera Ave.<br>Coral Gables, FL 33146 | | | 2008-36827-CA-01<br>Lawsuit<br>Rendon, Carlos L. | | X | X | 0.00 |

Sheet no. 14 of 18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 65,075.55

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC _____,    Case No.  10-13020-BKC-AJC
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Randall L. Gilbert, Esq.<br>1720 Harrison St., 19 fl PH-B<br>Hollywood, FL 33020 | | | 2008-42975-CA-01<br>Lawsuit<br>Furrie, John & Mark | | X | X | 0.00 |
| ACCOUNT NO.<br><br>Richard Jay Sarafan, Esq.<br>100 SE 2 St., Ste 4400<br>Miami, FL 33131 | | | 2008-52994-CA-01<br>Lawsuit<br>Pepper, James | | X | X | 0.00 |
| ACCOUNT NO.<br><br>Jerry M. Markowitz, Esq.<br>9130 S. Dadeland Blvd, 1225<br>Miami, FL 33156-7849 | | | MK Contractors<br>Lawsuits | | X | X | 0.00 |
| ACCOUNT NO.<br><br>Henry E. Marinello, Esq.<br>14361 Commerce Way, #304<br>Miami Lakes, Florida 33016 | | | MK Contractors<br>Lawsuits | | X | X | 0.00 |
| ACCOUNT NO.<br><br>Melissa J. Gomberg, Esq.<br>901 Ponce de Leon Blvd, PH<br>Miami, FL 33134 | | | 2009-9269-CA-01<br>Lawsuit<br>PTE Strand Company | | X | X | 0.00 |

Sheet no. 15 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,          Case No.  10-13020-BKC-AJC
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nelson & Associates<br>5979 NW 151 St., # 105<br>Miami, Lakes, FL 33014 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO.<br><br>Travelers Casualty & Surety<br>1 Tower Square<br>Hartford, CT 06183 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO.<br><br>St. Paul Fire & Marine Ins Co<br>10 Inverness Pkwy., # 600<br>Birmingham, AL, 35242 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO.<br><br>Diana L. Rolfs, Esq.<br>150 W. Flagler St., #1400<br>Miami, FL 33130 | | | 2009-18383-CA-01<br>Lawsuit<br>Firepack, Inc. | | X | X | 0.00 |
| ACCOUNT NO.<br><br>David L. Swimmer, Esq.<br>7990 SW 117 Ave., #100<br>Miami, FL 33283 | | | 2009-18383-CA-01<br>Lawsuit<br>Firepack, Inc. | | X | X | 0.00 |

Sheet no. 16 of 18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC                    ,        Case No.   10-13020-BKC-AJC
                    **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Paul A. Shelowitz, Esq. <br> 1 Se 3 Ave., 28 Floor <br> Miami, FL 33131 | | | 2009-34794-CA-01 <br> Lawsuit <br> Corus Bank, NA | | X | X | 0.00 |
| ACCOUNT NO. <br><br> D. Fernando Bobadill, Esq. <br> 2 S. Biscayne Blvd., PH 3800 <br> Miami, FL 33131 | | | 2009-90817-CA-01 <br> Lawsuit <br> GGM DEVELOPERS <br> (LLC) vs BAP 02 (LLC) | | X | X | 0.00 |
| ACCOUNT NO. <br><br> Jeffrey M. Glotzer, Esq. <br> 3351 NW Boca Raton Blvd. <br> Boca Raton, FL 33431 | | | 2008-35099-CA-01 <br> Lawsuit <br> Gorrin, Lillian | | X | X | 0.00 |
| ACCOUNT NO. <br><br> Norman Wartman <br> 665 NE 25 St., Unit 603 <br> Miami, FL 33137 | | | Breach of Contract | | X | X | 15,780.00 |
| ACCOUNT NO. <br><br> Harold Philipps <br> 130 W. 30 Street. #18A <br> New York, NY 10001 | | | Unit 1704 <br> Escrow Account | | X | X | 52,500.00 |

Sheet no. 17 of 18   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  68,358.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Biscayne Bay Lofts, LLC_____,          Case No.  10-13020-BKC-AJC_____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Investpress, Inc<br>2600 Douglas Road, #406<br>Coral Gables, FL 33134 | | | Money Loaned<br>2007 | | X | X | 2,910,707.15 |
| ACCOUNT NO.<br><br>Juan Capote<br>Unknown | | | Money Loaned<br>2007 | | X | X | 113,339.73 |
| ACCOUNT NO.<br><br>Pablo Smulevich<br>19423 NE 17 Ave<br>North Miami, FL  33179 | | | Money Loaned | | X | X | 22,875.00 |
| ACCOUNT NO.<br><br>George Lindermann<br>1455 Ocean Drive, #1406<br>Miami Beach, FL  33139 | | | Escow Account<br>Unit 2703 | | X | X | 70,000.00 |
| ACCOUNT NO.<br><br>James Pepper<br>200 E. Broward Blvd., #1110<br>Fort Lauderdale, FL 33301 | | | Escrow Account<br>Unit PH202 | | X | X | 160,000.00 |

Sheet no.__18__ of __18__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  3,276,921.88

Total➤  $  7,551,081.48
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Biscayne Bay Lofts, LLC                    ,          Case No.  10-13020-BKC-AJC
                    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  Biscayne Bay Lofts, LLC_____ ,          Case No. _10-13020-BKC-AJC_____
         **Debtor**                                                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Luis Ajami<br>2601 S. Bayshore Dr., 10 Floor<br>Maimi, FL 33133 | Hyperion Onyx Partners<br>c/o Akerman Senterfitt<br>1 S.E. 3 Ave., 25th Floor<br>Miami, FL 33131 |
| Willy A. Bermello<br>2601 S. Bayshore Dr., 10 Floor<br>Maimi, FL 33133 | Hyperion Onyx Partners<br>c/o Akerman Senterfitt<br>1 S.E. 3 Ave., 25th Floor<br>Miami, FL 33131 |
| Gustavo Miculitzki<br>2875 NE 191 St., Suite PH-2,<br>Aventura, FL 33180 | Hyperion Onyx Partners<br>c/o Akerman Senterfitt<br>1 S.E. 3 Ave., 25th Floor<br>Miami, FL 33131 |
| | |
| | |
| | |
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Biscayne Bay Lofts, LLC_____,          Case No.  10-13020-BKC-AJC
                    **Debtor**                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                      **Debtor**

Date _____          Signature: _____
                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Chapter 7 Trustee_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Biscayne Bay Lofts LLC  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  31  sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  March 31, 2010_____          Signature: _____

                                                                      Barry E. Mukamal, Trustee*
        *Appointed Chapter 7 Trustee, 02/10/10          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re: Biscayne Bay Lofts, LLC                    ,          Case No. 10-13020-BKC-AJC
_____              _____
              Debtor                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| UNKNOWN | 2009: Debtor Biscayne Bay Lofts, LLC |
| UNKNOWN | 2008: Debtor Biscayne Bay Lofts, LLC |

2

**2.  Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                AMOUNT                |                SOURCE                |
| --- | --- |

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| Unknown at this time | | | |

3

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Unknown at this time

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Attached Exhibit "A"

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Biscayne Bay Lofts, LLC | 12/10/2009 | Alleged transfer of Deed to the Lender (33 units) |

| Caption of Suit and case Number | Nature of Proceedings | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Vindigni, George and Vindigni, Brunella vs Biscayne Bay Lofts, LLC Case No. 07-22319-CA-01 | Declaratory Judgment | Miami-Dade County Circuit Court | Dismissed |
| Shlomo Melloul d/b/a Onyx 1604, LLC vs Biscayne Bay Lofts, LLC Case No. 07-24704-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Dismissed |
| Elam, Robert and Elam, Maria vs Biscayne Bay Lofts, LLC Case No. 08-15455-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Dismissed |
| Guteres, William and Goldstein, Rafael vs Biscayne Bay Lofts, LLC Case No. 07-25440-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Dismissed |
| Second Avenue Management vs Biscayne Bay Lofts, LLC Case No. 07-44711-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Dismissed |
| Rendon, Carlos L. vs Biscayne Bay Lofts, LLC Case No. 08-36827-CA-01 | Other Civil Complaint | Miami-Dade County Circuit Court | Pending |
| Gorrin, Lillian as Assignee of U.S, Realty Group, LLC vs Biscayne Bay Lofts, LLC Case No. 08-35099-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Pending |
| Furrie, John and Furrie, Mark vs Biscayne Bay Lofts, LLC Case No. 08-42975-CA-01 | Other Civil Complaint | Miami-Dade County Circuit Court | Pending |
| Kinetic Construction Co vs Biscayne Bay Lofts, LLC Case No. 07-27912-CA0-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Pending |

**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| Biscayne Bay Lofts, LLC vs MK Contractors, LLC Case No. 08-8224 -CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Dismissed |
| Biscayne Bay Lofts, LLC vs Morgan Electric Southeast, LLC Case No. 08-23071--CA-01 | Other Civil Complaint | Miami-Dade County Circuit Court | Dismissed |
| Cuartas, Jaime vs Biscayne Bay Lofts, LLC Case No. 08-31925-CA-01 | Other Civil Complaint | Miami-Dade County Circuit Court | Pending |
| Pepper, James vs BAP GGM Biscayne Bay, LLC Case No. 08-52994-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Pending |
| MK Contractors, LLC vs Biscayne Bay Lofts, LLC Case No. 08-77879-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Pending |
| MK Contractors, LLC vs Biscayne Bay Lofts, LLC Case No. 08-77888-CA-01 | Mortgage Foreclosure | Miami-Dade County Circuit Court | Pending |
| Biscayne Bay Lofts, LLC vs MK Contractors, LLC Case No. 08-78621-CA-01 | Other Civil Complaint | Miami-Dade County Circuit Court | Pending |
| MK Contractors, LLC vs Biscayne Bay Lofts, LLC Case No. 09-1381-CA-01 | Mortgage Foreclosure | Miami-Dade County Circuit Court | Pending |
| MK Contractors, LLC vs Biscayne Bay Lofts, LLC Case No. 09-21893-CA-01 | Mortgage Foreclosure | Miami-Dade County Circuit Court | Pending |
| MK Contractors, LLC vs Biscayne Bay Lofts, LLC Case No. 09-24079-CA-01 | Injunctive Relief | Miami-Dade County Circuit Court | Pending |
| MK Contractors, LLC vs Biscayne Bay Lofts, LLC Case No. 09-32332-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Pending |

**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| PTE Strand Co., Inc vs MK Contractors, LLC Case No. 09-9269-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Pending |
| Corus Bank, NA vs Biscayne Bay Lofts, LLC Case No. 09-34794-CA-01 | Mortgage Foreclosure | Miami-Dade County Circuit Court | Pending |
| GGM Developers, LLC vs BAP 02, LLC Case No. 09-90817-CA-01 | Contract & Indebtedness | Miami-Dade County Circuit Court | Pending |

**EXHIBIT "A"**

4

**6.  Assignments and receiverships**

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Unknown

---

5

**9. Payments related to debt counseling or bankruptcy**

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Unknown | | |

None
☐

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Unknown | | |

**11. Closed financial accounts**

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| | | |

6

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Unknown

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Unknown

**15. Prior address of debtor**

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

7

**16. Spouses and Former Spouses**

None
☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
☑    a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

      NAME                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Gravier & Associates, LLP | 2007 - 2009 |
| 201 Alhambra Cir., Ste. 901, Coral Gables, FL 33134 | |

None
☐    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

Unknown

None ☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME

BAP Development

ADDRESS

2601 S. Bayshore Dr., 10 Flr. Miami, FL 33133

None ☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS

Unknown

DATE ISSUED

---

### 20. Inventories

None ☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| See attached Exhibit "B" | | |

None ☑
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|
| Ivanna Investments Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 10% |
| Madison Property Investments Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 7% |
| PAR Future Investments, LLC.<br>19423 NE 17 Avenue<br>N. Miami Beach, FL 33179 | Limited Partner | 3% |
| Salza Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 10% |
| Class Property Investments, Inc.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 10% |
| Marza Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 20% |
| First Line Property Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 4% |
| First Gate Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 4% |
| First Investments Property Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 2% |
| BAP-GGM Biscayne Bay LLC<br>2601 S. Bayshore Dr., 10 Floor<br>Miami, FL 33133 | Limited Partner | 0% |

**EXHIBIT "B"**

| | | |
|---|---|---|
| Bredal LLC.<br>3201 NE 183 St., Unit 2801<br>Aventura, FL 33160 | Limited Partner | 10% |
| Seju Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 3% |
| Onyx First Investments Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 1.667% |
| Confetti Investments, Inc.<br>Onyx First Investments Corp.<br>2875 NE 191 St., S-801<br>Aventura, FL 33180 | Limited Partner | 5% |
| GGM Developers, LLC<br>2875 NE 191 St., 901A<br>Aventura, FL 33180 | Limited Partner | 0.33% |
| T.W. Investments Corp.<br>c/o UHY Advisors NY, Inc<br>11661 San VI<br>Los Angeles, CA 90049 | Limited Partner | 3.33% |
| T.S. Investments Corp.<br>c/o UHY Advisors NY, Inc<br>11661 San VI<br>Los Angeles, CA 90049 | Limited Partner | 3.33% |

**EXHIBIT "B"**

10

**22 . Former partners, officers, directors and shareholders**

None
☑

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS              DATE OF WITHDRAWAL

None
☑

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                   TITLE                    DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                         AMOUNT OF MONEY
OF RECIPIENT,                                          OR DESCRIPTION
RELATIONSHIP TO DEBTOR        DATE AND PURPOSE         AND VALUE OF PROPERTY
                              OF WITHDRAWAL

Unknown

---

**24. Tax Consolidation Group.**

None
☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER-IDENTIFICATION NUMBER (EIN)

*  *  *  *  *  *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____   Signature of Debtor _____

Date _____   Signature of Joint Debtor (if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    March 31, 2010    Signature _____

*Appointed Chapter 7 Trustee 02/10/10    Print Name and Title    Barry E. Mukamal, Trustee*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*