UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                    Case No. 10-13020-BKC-AJC
                                                          Chapter 7
BISCAYNE BAY LOFTS, LLC,

_____Debtor._____/

CORUS BANK, N.A., a National Banking Association,

        Plaintiff,                                        Adv. Pro. No. 10-02724-AJC

v.                                                        State Court Case No. 09-34794 CA32

BISCAYNE BAY LOFTS, LLC, a limited liability
company; WILLY A. BERMELLO, an individual;
GUSTAVO MICULITZKI, an individual; ONYX
ON THE BAY CONDOMINIUM ASSOCIATION, INC.,
a Florida Not-For-Profit corporation; and
MK CONTRACTORS, LLC, a Florida limited liability
company,

_____Defendants._____/

MK CONTRACTORS, LLC, a Florida limited liability
company,

        Counter-Plaintiff,

v.

CORUS BANK, N.A., a National Banking Association;
HYPERION ONYX PARTNERS, LLC, a Florida
limited liability company,

_____Counter-Defendants._____/

## TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN CHAPTER 7 TRUSTEE, MK CONTRACTORS, LLC, HYPERION ONYX PARTNERS, LLC AND THE CHAPTER 11 ESTATE OF ONXY ON THE BAY CONDOMINIUM ASSOCIATION

Barry Mukamal, the duly appointed and acting Chapter 7 Trustee (the "Trustee") for the

estate of Biscayne Bay Lofts, LLC (the "Debtor"), by and through his undersigned counsel,

pursuant to Fed. R. Bank. P. 9019 and Local Rule 9013-1(D)(3)(b), files this *Trustee's Motion to*

*Approve Settlement Agreement Between Chapter 7 Trustee, MK Developers, LLC, Hyperion*

*Onyx Partners, LLC and the Chapter 11 Estate of Onxy on the Bay Condominium Association* ("Motion"), and in support thereof states as follows:

## INTRODUCTION AND BACKGROUND

1.    This case was commenced by the filing of an Involuntary Petition (D.E. #1) under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code") on February 9, 2010 ("Petition Date").

2.    On February 10, 2010, the Court entered an *Order For Relief In Involuntary Case And Order Setting Deadlines For Filing Schedules, Statements and Other Documents* (D.E. # 7)

3.    On February 11, 2010 the Trustee was appointed pursuant to the *Notice of Appointment of Barry E. Mukamal as Chapter 7 Trustee* (D.E.# 8). Barry Mukamal was appointed to serve as the Chapter 7 Trustee and continues to serve in that capacity.

4.    This case is related to, but not consolidated with the pending Chapter 11 case of Onyx on the Bay Condominium Association, Inc. (the "Association") (Case No #09-33331-BKC-AJC);

5.    Onyx on the Bay Condominiums (the "Project") is a 28-story condominium building on a 40,570 square foot site located at 665 Northeast 25th Street, Miami, Florida (the "Property"), consisting of 118 residential condominium units and 138 parking spaces (collectively, the "Project"). Seventy-eight of the units are sold and occupied. The remaining 40 units (the "Hyperion Units") are unsold, incomplete and are subject of the mortgage presently held by Hyperion Onyx Partners, LLC ("Hyperion"). Portions of the Project separate and apart from the Hyperion Units are also incomplete and/or are in need of remediation. Although the Project had been issued a Temporary Certificate of Occupancy ("TCO") by the City of Miami,

on information and belief, the TCO is no longer viable. Obviously, no Final Certificate of Occupancy has been issued for the Project.

6.   The Debtor had been the developer of the Project.

7.   Prior to the filing of this Chapter 7 case, Hyperion was in the process of foreclosing on the Hyperion Units.

8.   MK Contractors, LLC ("MK") who had been the general contractor for the project, asserted that it had not been paid substantial sums of money, that it had valid liens against the Project, and that based upon allegations that Hyperion's predecessor in interest, Corus Bank, N.A. (the "Bank")[1] had failed to meet its obligations to the Debtor under the note, mortgage and related construction financing documents, it had certain claims and causes of action against Hyperion.

9.   As a result of the claims of MK, numerous lawsuits were filed in State Court prior to the filing of this involuntary bankruptcy case.

10.   Shortly after the filing of the involuntary case and the entry of the order for relief, many, but not all of the State Court actions were removed to this Court.

11.   The reason for the filing of the involuntary case was to expedite the sale of the Hyperion Units so that assessments on the Hyperion Units could begin in the Association case, which would stabilize the Association estate and facilitate the filing of a plan and disclosure statement, confirmation and emergence from Chapter 11.

12.   While not the record holder of title to the Hyperion Units, but in the interest of keeping the Project viable pending the sale of the Hyperion Units, Hyperion has voluntarily funded over $190,000 in operating expenses for the Association case to date, while the parties

---

[1] Corus Bank was liquidated by the FDIC shortly after Hyperion purchased the note and mortgage.

sought to work thorough a settlement of the complex issues that needed to be sorted out before a sale of the Hyperion Units could take place under Section 363 of the Bankruptcy Code.

13.    On April 12, 2010, the issues confronting the parties to the settlement agreement described in more detail below, were submitted to a settlement conference conducted by the Honorable John K. Olson. After an all day settlement conference, the seeds of an agreement were planted and Hyperion, MK, the Trustee and the Association estate have gone through painstaking and difficult negotiations to reach the point of settlement, which will facilitate the earliest sale of the Hyperion Units pursuant to a public auction to be conducted by the Trustee.

14.    On August 3, 2010, the parties fully executed the Settlement Agreement (the "Agreement") annexed hereto as **Exhibit "A."**

15.    The Trustee wishes to highlight in summary fashion the material features of the Agreement, however, the Court and parties in interest are directed to Exhibit "A" for a full understanding of the scope of the Agreement.[2]

## SUMMARY OF AGREEMENT

16.    The Agreement is designed to facilitate the earliest sale of the Hyperion Units and resolves the litigation between MK and Hyperion. In order to assure that the Project will be fully and expeditiously built out and the TCO and CO acquired, and that the Association Plan can be filed and confirmed on an expedited basis, the Agreement provides for certain Bar Orders and channeling injunctions ("Bar Orders"). The following are salient provisions of the Agreement:

- The Trustee shall acknowledge the credit bid rights of Hyperion up to the amount of $12.5 million and the overall debt of Hyperion to be in the amount of

---

[2]    In the event of any discrepancy between the summary set forth below and the Agreement, the Agreement shall control.

4

$22,309,280.26, plus advances, late charges, attorneys fees and advances for the benefit of the Association case by each of Hyperion and Corus;

- The Agreement, as a condition precedent to all other rights and obligations thereunder provides that the Trustee must obtain from the Court a Bar Order and channeling injunction, whereby all clams by third parties against the Trustee, Hyperion, the Association and MK are channeled to the estates of the Debtor or the Association estate which shall be *nunc pro tunc* to the date of the Agreement;

- Immediately upon the entry of an order approving the Agreement, the Trustee will file a motion to establish bid procedures and a motion of authority to sell the Hyperion Units subject to the provisions of the Agreement and the terms of the bid procedures;

- The proposed sale of the Hyperion Units will require section 363(m) protections and a waiver of the 14 day stay contained in Fed. R.Bankr. P. 6004(h);

- The successful Purchaser at the sale will be obligated to undertake numerous responsibilities including, without limitation;

  o Obtaining a TCO and a final CO;

  o Payment of a settlement amount to MK in the amount of $425,000 subject to the penalties described in the Agreement if payment is not timely made;

  o Payment of the sum of $200,000 to the Association estate for purposes of funding the Plan;

  o Formulaic, measured rights of offset for funds expended on behalf of the Association to keep the Project viable;

- o Certain grants to the Purchaser of changes to the Condominium Documents, as set forth in the Agreement;

- o Funding of a $250,000 administrative fee reserve to address the fees and expenses of the Trustee and his Professionals in this estate to undertake specific actions on behalf of the estate;

- o Provisions for the turnover of the developers rights in the Association to the unit owners;

- o The settlement and dismissal with prejudice of the numerous state court actions that have been removed to this Court;

- o The invalidation of the unauthorized, unaccepted and invalid deed to 33 of the Hyperion Units by BAP;

- o Indemnification of the Trustee and his Professionals as provided in the Agreement;

- o Mutual Releases between the parties to the Agreement;

- o Reservation of sole and exclusive jurisdiction for all purposes of the Agreement with the Bankruptcy Court

17.    As this Court is well aware, the parties have endeavored for months to find a solution that will result in the earliest stabilization of the Association case and protect, to the greatest extent possible the interests of the 78 Unit owners who are living in an incomplete building. The commitments of Hyperion, or the successful Purchaser will assure that the disruption to these innocent unit owners will be as short as possible and will assure a professional, expedited completion of the Project.

## MEMORANDUM OF LAW

18.    It is axiomatic, that from the first day of the Association filing and the entry of the Order for Relief in the instant case, that the primary focus of each case was to get the Project completed. This will take enormous energy, commitment and cost on the part of Hyperion or the Purchaser. It makes little sense to undertake this fundamental task, the driver of both of these cases, only to have Hyperion or the Purchaser, MK and the Trustee saddled with the responsibility to defend numerous pending or potential actions arising out of the actions taken by others who preceded the parties to the Agreement.

19.    Bar Orders are a frequently used tool to assure that the efforts that parties who are undertaking important tasks to carry out the purposes of a bankruptcy case are properly protected from having to divert their attention from the important task at hand to expend the time and expense needed to defend such actions. See generally, *In re Munford*, 97 F.3d 449 (11th Cir. 1996), *In re Gas and Oil Litigation*, 967 F. 2d 489 (11th Cir. 1992), *In re Grau*, 267 B.R. 896 (Bankr. S.D. Fla. 2001) (Hyman, B.J.) and *In re S & I Investments*, Case No. 08-26220-BKR-RBR, (D.E. 208) (unpublished)(Ray, B.J.), *In re Sentinel Funds, Inc., et al*, Case No. 06-11822-BKR-JKO, (D.E. 367) (Olson, B.J.)(unpublished) and *In re Royal West Properties, Inc.*, Case No 09-20334-BKR-RAM_(D.E.438) (Mark, B.J.) (unpublished).

20.    In light of the critical, substantial, undertakings required to finish the Project and rescue the Association, both of which have been stated to be prime concerns of this Court, utilization of Section 105(a) of the Bankruptcy Code to implement and enforce the requested Bar Order and channeling injunction is appropriate and is a condition precedent to the effectuation of the Settlement Agreement.

21.     The Bankruptcy Court has broad discretion to approve a settlement or compromise, and it should do so unless the proposed settlement falls below the lowest point in the range of reasonableness. *In re Bi-Coastal Corp.*, 164 B.R. 1009, 1016 (Bankr. M.D. Fla. 1993). The Eleventh Circuit has set forth the following factors that must be considered in determining whether to approve a settlement or compromise: (a) the probability of success in the litigation; b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises. *In re Justice Oaks II, Ltd.*, 898 F.2d 1544, 1548 (11th Cir. 199), *cert. denied* 498 U.S. 959(1990).

22.     The Trustee respectfully submits that the foregoing principles, when viewed in light of the daily and growing harm and uncertainty that confronts the 78 existing Unit owners of the Project and the deterioration of the Project itself, and the terms of the Settlement Agreement which serve to rectify these situations at the earliest practicable date, alone justify the approval of this settlement. Furthermore, the Settlement Agreement resolves a plethora of litigation that exists, that would otherwise be expensive and time consuming to resolve. The Trustee asserts that for all of the reasons summarized in this Motion and more expressly detailed in the Agreement itself this Settlement Agreement does not fall below the lowest point in the range of reasonableness.

23.     By limiting the credit bid rights of Hyperion to $12.5 million, the Trustee has built into the Settlement Agreement a mechanism whereby a robust auction might yet be held, without a *defacto* turnover of the Project to Hyperion, which also obligates any other Purchaser

to undertake all of the remediation and completion obligations that Hyperion has committed to in respect of the Project in the event it is the successful Purchaser.

24.    While parties in interest might challenge the application of the Bar Order and channeling injunction, it is a fundamental and indispensible element as the Purchaser applies all of its intentions and efforts, to get the Project completed and the assessments flowing to the Association

25.    Pursuant to Local Rule 9013-1 a Proposed Order granting the relief requested herein is attached hereto as **Exhibit "A"**.

26.    In order to assure the widest possible circulation of the intent to seek a Bar Order and channeling injunction, the Trustee will publish an appropriate notice in the Daily Business Review once the hearing date on this Motion is established, as well as notification to all known parties in interest.

**WHEREFORE**, the Trustee respectfully requests the Court enter an order (i) approving the *Settlement Agreement Among the Chapter 7 Trustee for the Debtor, Biscayne Bay Lofts, LLC, Hyperion Onyx Partners, LLC, MK Contractors, LLC and Onyx on the Bay Condominium Association*, and (ii) granting such other and further relief that this Court deems just and proper.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

{M2956529;2}

I **CERTIFY** that on this date, a true and correct copy of the foregoing was served by electronic service upon all parties entitled to Notice on _August 4, 2010 and all individuals on the attached Service List by regular mail._

Respectfully submitted,

Lawrence A. Gordich, Esq.
Counsel to BARRY MUKAMAL, TRUSTEE
Segall Gordich, P.A.
801 Brickell Avenue, Suite 900
Miami, FL 33131
Phone: 305-786-375-5085
Fax:    305-786-375-5095
Email: LAG@segallgordich.com

By: _____
Lawrence A. Gordich, Esq.
Florida Bar No. 378097

10

{M2956529;2}

BAP Bay Lofts LLC c/o Richard J. Burton, Esq.
2999 NE 191 St # 805
Aventura, FL 33180-3116

BAP Development Group LLC
2601 S Bayshore Drive, 10th Floor
Miami, FL 33133-5417

Biscayne Bay Lofts LLC
2601 S Bayshore Drive, 10th Floor
Miami, FL 33133-5417

Onyx on the Bay Condo Assoc. Inc.
665 NE 25 Street # 100
Miami, FL 33137-4785

Stone and Equipment Inc. c/o Carlos A. Ziegenhirt, Esq.
150 Alhambra Cir # 715
Coral Gables, FL 33134-4523

A. Goldstein Photography
17840 W. Dixie Highway
North Miami Beach, FL 33160-4822

ASI-Modulex
20202 N.E. 15 Court
Miami, FL 33179-2711

Advanced Fire & Security
2780 Gateway Drive
Pompano Beach, FL 33069-4322

All Service
8160 N.W. 93 Street
Medley, FL 33166-2030

Allen, Norton & Blue, P.A.
121 Majorca Avenue
Coral Gables, FL 33134-4508

Allied Appraisal Services
929 S.E. First Street
Pompano Beach, FL 33060-7375

Arc One
1350 N.W. 74 Street
Miami, FL 33147-6430

Avila Rodriguez Mena & Ferri, P.A.
2525 Ponce de Leon Blvd., PH 1225
Coral Gables, FL 33134-6049

BAP Development, Inc.
2601 S Bayshore Drive, 10th Floor
Miami, FL 33133-5417

BAP-GGM Biscayne Bay LLC
2601 S Bayshore Drive, 10th Floor
Miami, FL 33133-5417

Bachiller Iron Works, Inc.
295 NE 71 Street
Miami, FL 33138-5527

Bermello-Ajamil & Partners
2601 S Bayshore Drive, 10th Floor
Miami, FL 33133-5417

Bon Vivant Corporation
120 NE 27 Street
Miami, FL 33137-4417

Bredal LLC
3201 NE 183 Street, Unit 2801
Aventura, FL 33160-2964

BroadStar
3800 Park Central Blvd. N
Pompano Beach, FL 33064-2264

City of Miami
P.O. Box 105206
Atlanta, GA 30348-5206

Claudia Miculitzki
20155 NE 38 Court # 2804
Aventura, FL 33180-3271

Corus Bank, NA c/o Paul Shelowitz, Esq.
1 SE 3 Avenue, 28 Floor
Miami, FL 33131-1715

Daniels Kashtan Downs Roberts, P.A.
3300 Ponce De Leon Blvd.
Coral Gables, FL 33134-7211

EP Realty Group, Inc.
2601 S Bayshore Drive, 10th Floor
Miami, FL 33133-5417

Eric Holder, Esq., Attorney General of the U.S.
441 4th Street, NW, #1060N
Washington, DC 20001-2714

FDMC I, LLC
2654 Providence Street
Fort Myers, FL 33916-1812

FedEx
3965 Airways Blvd, Module G
Memphis, TN 38116-5017

Firepack, Inc. c/o Diana L. Rolfs, Esq.
150 W. Flagler Street # 1400
Miami, FL 33130-1513

Carlos L. Rendon c/o Douglass C. Hiller, Esq.
1501 Venera Avenue
Coral Gables, FL 33146-3032

Class Property Investments, Inc.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

Confetti Investments, Inc.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

D. Fernando Bobadill, Esq.
2 S Biscayne Boulevard, PH 3800
Miami, FL 33131-1809

Diegon Construction
3030 SW 28 Street
Coconut Grove, FL 33133-3506

Ecotech Environmental Contractors
327 NE 166 Street
North Miami Beach, FL 33162-3557

F. William Harvey P.A.
5402 Red Cypress Lane
Tamarac, FL 33319-3020

FPL
General Mail Facility
Miami, FL 33188-0001

Firepack, Inc. c/o David Swimmer, Esq.
7990 SW 117 Avenue, # 100
Miami, FL 33183-3835

First Gate Corp.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

First Investments Property Corp.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

GGM Developers, LLC
2875 NE 191 Street, S-801
Aventura, FL 33180-2842

Gravier & Associates
201 Alhambra Circle, # 901
Coral Gables, FL 33134-5108

Gustavo Miculitzki
20155 NE 38 Court # 2804
Aventura, FL 33180-3271

Harold Philipps
130 W 30 Street # 18A
New York, NY 10001-0045

Holland & Knight LLP
P.O. Box 864084
Orlando, FL 32886-0001

Internal Revenue Service Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Italkitchen International, Inc.
7500 NW 41 Street
Miami, FL 33166-6718

J.C. Landscaping, Inc.
227 N.W. 56 Avenue
Miami, FL 33126-4921

First Line Property Corp.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

G&E Florida Contractors, Inc.
5555 Anglers Ave. Suite 4
Fort Lauderdale, FL 33312-6653

Gancedo Lumber Co., Inc
9300 NW 36 Avenue
Miami, FL 33147-2898

Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131-3238

Gustavo Miculitzki
2875 NE 191 Street, Suite PH-2
Aventura, FL 33180-2801

Hilda Morello
701 Biscayne Key Blvd., # 403
Miami, FL 33169

Hufsey Nicolaides Garcia Suarez
10250 SW 56 Street, B-201
Miami, FL 33165-7095

Investpress, Inc. c/o Carlos E. Gonzalez
2600 Douglas Road, # 406
Coral Gables, FL 33134-6134

Ivanna Investments Corp.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

Jaime & Kathleen Cuartas c/o Kent Harrison, Esq.
1224 Washington Avenue
Miami Beach, FL 33139-4614

Jeffrey H. Sloman, Esq., U.S. Attorney for SDFL
99 N.E. 4th Street
Miami, FL 33132-2131

Jorda Mechanical Contractor
8011 NW 14 Street
Miami, FL 33126-1611

Lillian Gorrin c/o Jeffrey M. Glotzer, Esq.
3351 NW Boca Raton Blvd.
Boca Raton, FL 33431-6623

MB Financial, NA
800 W. Madison Street
Chicago, IL 60607-2683

Manuel Felipe & Associates
8500 S.W. 8 Street
Miami, FL 33144-4055

McGuire Co.
1450 Madruga Ave., #405
Coral Gables, FL 33146-3165

Michelle Nunez, P.A.
380 S. Ocean Drive, Apt. 5E
Hollywood, FL 33019

Nelson & Associates
5979 NW 151 St., # 105
Miami Lakes, FL 33014-2448

Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130-1614

PAR Future Investments, LLC
19423 NE 17 Avenue
North Miami Beach, FL 33179-6447

John & Mark Furrie c/o Randall L. Gilbert, Esq.
1720 Harrison St., 19 Floor PH-B
Hollywood, FL 33020-6829

Jorge Gonzalez, P.A.
3000 Coral Way, #1116
Miami, FL 33145-3239

Luis Ajamil
2601 S Bayshore Drive, 10th Floor
Miami, FL 33133-5417

Madison Property Investments Corp.
2875 NE 191 St., S-801
Aventura, FL 33180-2801

Marza Corp.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

Miami-Dade Tax Collector
140 W Flagler Street
Miami, FL 33130-1575

Morgan Electric
1120 E. Oleander St.
Lakeland, FL 33801-2014

Norman Wartman
665 NE 25 Street # 603
Miami, FL 33137-4786

Onyx First Investments Corp.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

PTE Strand Co. c/o Melissa J. Gomberg, Esq.
901 Ponce De Leon Blvd., PH
Miami, FL 33134-3061

Pablo Smulevich
19423 NE 17 Avenue
North Miami Beach, FL 33179-6447

Penichet Carpet Corporation
7300 S.W. 45 Street
Miami, FL 33155-4542

RC Aluminum Industries
2805 N.W. 75th Avenue
Miami, FL 33122-1435

Salza Corp.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

Serber & Associates, P.A.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

Skylights Technologies, Inc.
13794 SW 145 Court
Miami, FL 33186-6773

T.S. Investments Corp. c/o UHY Advisors NY, Inc.
11661 San VI
Los Angeles, CA 90049-5103

Toshiba
1011 S.W. 30 Avenue
Deerfield Beach, FL 33442-8104

Whirlpool Corporation - FL
16032 SW 101 Terrace
Miami, FL 33196-6164

Daniel Tormo c/o Carlos A. Ziegenhirt, Esq.
150 Alhambra Cir # 715
Coral Gables, FL 33134-4523

Pavers and Stone, Inc.
50 Dogwood Ridge
Tequesta, FL 33469-2114

Pistorino & Alam Cons. Engineering
7171 SW 62 Avenue, 4th Floor
Miami, FL 33143-4723

REC Warehouse - Miami
3411 NW 72 Avenue
Miami, FL 33122-1321

Seju Corp.
2875 NE 191 Street, S-801
Aventura, FL 33180-2801

Site Manageware
2841 W. Cypress Creek Rd.
Fort Lauderdale, FL 33309-1705

St. Paul Fire & Marine Ins. Co.
10 Inverness Parkway, # 600
Birmingham, AL 35242

T.W. Investments Corp. c/o UHY Advisors NY, Inc.
11661 San VI
Los Angeles, CA 90049-5103

Travelers Casualty & Surety
1 Tower Square
Hartford, CT 06183-0001

Willy Bermello, Jr.
2601 S Bayshore Drive, 10th Floor
Miami, FL 33133-5417

Henry Edward Marinello Marinello & Kotzen, PA
14361 Commerce Way # 304
Miami Lakes, FL 33016-1561

James M. Miller
1 SE 3 Avenue, 5 Floor
Miami, FL 33131-1700

4 Seasons Pest Control, Inc.
P.O. Box 28316
Hialeah, FL 33012

Advance Water Technologies
7880 NE 176 Street
Hialeah, FL 33015

Allied Barton
3606 Horizon Drive
King of Prussia, PA 19406

Connexion Technologies
3800 Park Central Blvd. N
Pompano Beach, FL 33064

E. Rodriguez Landscaping, Inc.
P.O. Box 971987
Miami, FL 33197

First Response
8567 Coral Way, Suite 385
Miami, FL 33155

Graybar Financial Services, LLC
P.O. Box 550599
Jacksonville, FL 32255-0599

Innovative Water
P.O. Box 630744
Miami, FL 33163

Key Parking Services, Inc.
18220 West Dixie Highway
North Miami Beach, FL 33160

John H. Hickey
1401 Brickell Avenue, # 510
Miami, FL 33131

Advance Fire & Security
P.O. Box 668370
Pompano Beach, FL 33066

AFCO
4501 College Blvd., Suite 320
Lakewood, KS 66211-2328

American Pool Service
6601 NW 14th Street, Suite 7
Plantation, FL 33313

Crime Prevention Protective Services
14221 SW 120 Street, Suite 121
Miami, FL 33186

Ficka & Associates
11310 S. Orange Blossom Trail, Suite 137
Orlando, FL 32837

Fusa Corp.
8791 NW 99 Street
Medley, FL 33178

Illustratus
10983 Granada Lane
Overland Park, KS 66211

Jet Printing House
2430 Hollywood Blvd.
Hollywood, FL 33020

Miami-Dade Water & Sewer
P.O. Box 026055
Miami, FL 33102

Peachtree Business Solutions
4836 Brecksville Road
Richfield, OH 44286

Quality Care Carpet
11632 SW 171 Terrace
Miami, FL 33157

Siemens Building Technology
7850 Collections Center Dr.
Chicago, IL 60693

The Continental Group
2950 N 28 Terrace
Hollywood, FL 33020

Wilkinson Hi-Rise
2821 Evans Street
Hollywood, FL 33020

B & B Rolling Door Co,Inc.
POBox 227365
Miami, FL 33222

City of Miami  Building & Zoning Department, Miami
Riverside Center (M.R.C.)
444 S.W. 2nd Avenue, 4th Floor
Miami, FL 33130

Decktight Roofing Services
6680 NW 17th Ave
Fort Lauderdale, FL 33309

General USA Crane
1360 NW 33 St.
Pompano Beach, FL 33064

Mario's Enterprises c/o Harry Malka, Esq., Malka & Kravitz,
P.A.
1300 Sawgrass Corporate Pkwy, Suite 100
Fort Lauderdale, FL 33323

Primecast
P.O. Box 864006
Orlando, FL 32886

Siegfried, Riviera, Lerner, De La Torre
201 Alhambra Circle, # 1102
Coral Gables, FL 33134

Teco
P.O. Box 31017
Tampa, FL 33631

ThyssenKrupp Elevator Corporation
7481 NW 66 Street
Miami, FL 33136

Ardaman & Associates, Inc.
Dept. 1668
Denver, CO 80291-1668

Blue Thunder Maintenance, Inc.
5914 NW 110 Court
Miami, FL 33178

D.C. Equipment
1175 NE 12th Street  #416
North Miami, FL 33161

Aurora Plumbing c/o G. Frank Quesada, Esq.
1313 Ponce de Leon Blvd., Suite 200
Miami, FL 33134

GSC Quality Products on Time
690 West 83nd St.
Hialeah, FL 33014

J.B.A. Equipment Corp.
7596 W. 4 Lane
Hialeah, FL 33014

Kinetic Construction Co. Inc.

46 NW 125th Ave

Miami, FL 33182


Jorda Enterprises, c/o Nestor Bustamante, Esq, .Ferencik
Libanoff Brandt Bustamante & Williams, PA

150 S. Pine Island Road, Suite 400

Fort Lauderdale, FL 33324

PCI Prestress Concrete, Inc.

6187 NW Miami Lakes Drive

Miami Lakes, FL 33014


Pucuda Leading Edge, Inc.

P.O. Box 1019  500 Main St.

Deep River, CT 06417


SLW Services Inc.

628 NW 22nd Avenue

Miami, FL 33125


Thyssenkrupp Elevator Corp.

7481 NW 66 Street

Miami, FL 33166


United Rentals

7400 N.W 79th Avenue

Miami, FL 33166


Michael P. Peterson, Esquire

8900 SW 117th Avenue

Miami, FL 33186


Barbara Bernudo & Mario Moreno

7430 SW 66 Street

South Miami, FL 33143


Esperanza Cheja

21055 Yacht Club Drive #2010

Miami, FL 33180

Martin Glass & Mirror

5143 SW 180th Avenue

Miami, FL 33185


Pavers & Stone, Inc.

4700 SW 30th St.

Davie, FL 33314


Professional Drywall Const.

3971 S.W. 8th St.Suite 209

Coral Gables, FL 33134


R.C. Aluminum Industries, Inc. c/o Robert P. Frankel, Esq.

25 W. Flagler Street, Suite 900

Miami, FL 33130


Superior Pools, Spas & Waterfalls, Inc.

5580 N. Pine Island Rd.

Lauderhill, FL 33351


Top-Notch Drywall, Inc.

46 NW 125th Ave

Miami, FL 33182


Wilkinson-Hi-Rise, LLC

2821 Evans St.

Hollywood, FL 33020


Angelica Vale

888 Brickell Key Drive Apt# 2310

Miami, FL 33131


Pietro Apra

400 Alton Road Unit 2603

Miami Beach, FL 33139


Elisabetta Benotto/Ines Sheron

300 Galen Drive # 504

Key Biscayne, FL 33149

Paola Vasquez
665 NE 25th Street Apt#401
Miami, FL 33137

Horacio Ventura Pijuan & Ventura Arcadio Pijuan
542 Euclid Avenue Apt# 8
Miami Beach, FL 33139

John, Mark & Gloria Furrie
8512 Alessandria Court
Naples, FL 34114

Kevin William Keller & Anthony Weisinn Chang
P.O. Box 1960
YellowKnife XT, Canada X1A2P5

Juan Manuel Cortes
6355 NW 36th Street
Miami, FL 33166

Alexia Bermello
2601 South Bayshore Drive 10th Floor
Miami, FL 33133

Norman Wartman
665 NE 25th ST. Ste#903
Miami, FL 33137

Linnet Martinez
520 Brickell Key Drive Apt# 2014
Miami, FL 33131

Emad Ishak, Amal Nassif, Aiman Sadek, Amal Sadek
10288 Hunt Club Lane
Palm Beach Gardens, FL 33418

Sunil Perera
1967 Cold Water Lu
Lincoln, CA 95648

Carlos Cardona
888 Brickell Key Drive Apt# 2709
Miami, FL 33131

Jacob Choukroun
25466 Sarita Drive
Laguna Hills, CA 92653

Marc Dufays & Sebastian Rouch
665 North East 25th Street Apt# 601
Miami, FL 33137

Kevin William Keller & Anthony Weisinn Chang
2875 NE 191 Street Ste#801
Aventura, FL 33180

Onyx Flat LLC/Martin Miculitzki
20155 North East 38th Court Apt#2804
Aventura, FL 33180

Editha Paras
1541-K West Henderson Street
Chicago, IL 60657

Silvia Dumois
3813 NW 7th Street
Miami, FL 33126

Ignacio Ochoa Mendoza Alexandra Escudero (Realtor)
Calle Totosi # 8  Piso 3E
Madrid, Spain 28016

Michael Gore
665 North East 25th Street Apt# 1004
Miami, FL 33137

Ileana Abella behalf of Cynthia Klitbo
60 Aragon Avenue
Coral Gables, FL 33134

Anatoliy Gurevich & UFT LLC
17 Twin Circle Drive
West Port, CT 06880

Eloy Albarran
335 South Biscayne Blvd. #309
Miami, FL 33131

Antonio Hernandez
96000 Overseas Highway Unit X23
Key Largo, FL 33037

Lissette Rodriguez
4681 SW 72nd Ave
Miami, FL 33155

Reno Eiranova
44 Palermo Avenue
Coral Gables, FL 33134

William Andres Mauco
16041 Bristol Isle Way
Delray Beach, FL 33446

Vertice Investments LLC  (Zaid)
6955 South West 159th Avenue
Miami, FL 33193

Gerardo Martin Suarez Federico Fernandez
P.O. Box 02-5210SHT2-1144
Miami, FL 33102-5210

Adargelia Rivera Torres & Art Onyx Inc.
848 Brickell Avenue # 1040
Miami, FL 33131

Anatoliy Guverich/ Inessa- Wife
17 Twin Circle Drive
West Port, CT 06880

Oscar & Erika Ferenczi/Fred Joseph
1717 N Bayshore Dr. Ste# 3856
Miami, FL 33132

Dirk Bruyninckx & Yellow Star Records LLC
665 NE 25th Street Apt# 1202
Miami, FL 33137

Juan Sotolongo
12921 SW 27 Street
Miami, FL 33175

Douglas Richards & Shawn E. Smith
200 Summit Blvd# 314
Broomfield, CO 80021

Rafael Zaga
665 NE 25th Street Unit#1502
Miami, FL 33137

Gustavo & Oilda Hernandez
15843 South West 43rd Street
Miami, FL 33185

Victor & Eduardo Guzman
665 NE 25th Street Apt# 1602
Miami, FL 33137

Daphna Cramer & Gerald B. Cramer
1345 North Venetian Way
Miami, FL 33139

Dilma M. Perilla
2583 Jardin Court
Weston, FL 33327

Juan C. Villaveces
665 NE 25th Street Apt# 1704
Miami, FL 33137

Angelle & Joel Viobe
3866 Pine Lake Dr
Weston, FL 33332

David & Alisa Shoua
2800 South West 121st Avenue
Davie, FL 33330

Santiago Vallejo Zapatero  & Cecilia Leon Garcia
Avenida Vicente Hipolito # 20 A Bungalow 21
Alicante, Spain 03540

Giancarlo Pietri
PO Box 528023
Miami, FL 33152

Monica Espinosa Caldas
P.O. Box 40-3212
Miami Beach, FL 33140

James D. & Vernita V. Archie
665 NE 25 Street Unit 1802
Miami, FL 33137

Silvia Teper
2875 NE 191 Street Ste#PH 02
Aventura, FL 33180

Adolfo Moreno
665 NE 25 Street, Apt. 2204
Miami, FL 33137

Hector & Felisa Garcia
7964 South West 187th Street
Miami, FL 33175

Roberto Malca c/o Mark Halterman & Gloria Robles /
Alegabllc & Oklahoma Limited Liabilty
2000 Toweside Terrace Apt#805
Miami, FL 33138

Felipe Diez
1331 Brickell Bay Drive Apt #2202
Miami, FL 33131

Ivan Gutierrez
10600 North West 37th Terrace
Miami, FL 33178

Sheila Saba Levy
665 N.E.  25th Street Apt# 1903
Miami, FL 33137

Onyx Unit 2002 LLC
665 NE 25 Street Unit 2701
Miami, FL 33137

Claudia P. Passarini Zuarez
Avenida Perimetra1Centro Comercial Los Altos Segundo
Nivel Local D2-3 San Antonio de los Altos Edo. Mi Randa,
Venezuela

Tai Zhang
60 West 23rd Street Apt  1816
New York, NY 10010

Marco Nicolini
Via Bartolomeo Ammannati, 12
Roma, Italy 00197

Jorge Luis Ortega Sanchez
450 Alton Rd. Apt#907
Miami Beach, FL 33139

Farah Hussein Razack / FHR Real Estate Holdings.
9149 Southern Breeze Drive
Orlando, FL 32836

Brian Lewis
9779 Aldbury Court
Beverly Hills, CA 90210

Alvaro Henao & Maria Pombo
1472 Lantana Drive
Weston, FL 33326

Zufar Fayenstein
226  5th Avenue
New York, NY 10001

Bruce Bland
36 Canonbury Square
London, England

Alla & Radislav Kats
2995 Ocean Parkway
Brooklyn, NY 11235

Gihad Hallack
665 NE 25th Street Unit#2603
Miami, FL 33137

Charles Bray
Northwood, Monks Walk, Ascot
Berkshire, UK

Roberto Malca c/o Mark Halterman & Gloria Robles / Alegab
LLC & Oklahoma Limited Liabilty
2000 Toweside Terrace Apt#805
Miami, FL 33138

Alma Cuadro & Adam Nessim
1846 NE 213 Lane
Miami, FL 33179

Carlos Tamayo
2627 South Bayshore Drive Suite 1206
Coconut Grove, FL 33133

Onyx Unit 2602 LLC
665 NE 25 Street Unit 2701
Miami, FL 33137

Randall Barlow
10826 South West 142nd Place
Miami, FL 33186

Santiago Felippeli c/o Natalia Rivero
665 NE 25th Street Unit#2702
Miami, FL 33137